[No. 55499-9-I. Division One. April 3, 2006.]

MARY T. HO ET AL., *Appellants,* v. J. THOMAS RICHARDSON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-30964-8, Bruce W. Hilyer, J., entered August 6, 2004. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, A.C.J., and Becker, J.

[No. 55526-0-I. Division One. April 3, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JANSSEN RAMON WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02728-1, Kenneth L. Cowsert, J., entered December 15, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Becker and Cox, JJ.

[No. 55659-2-I. Division One. April 3, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. KENNETH WILLIAM MEHAFFEY, JR., *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02167-1, Anita L. Farris, J., entered January 20, 2005. *Reversed in part* by unpublished per curiam opinion.

[No. 55687-8-I. Division One. April 3, 2006.]

CORTA MADERA HOMEOWNERS ASSOCIATION, *Respondent,* v. USF INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-40440-3, Carol A. Schapira, J., entered January 20, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Cox, JJ.